UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PRN HEALTH SERVICES LLC,

    Plaintiff,

v.                                          Case No. 8:21-cv-2471-TPB-SPF

NURSES PRN OF FLORIDA, LLC, PRO
MED HEALTHCARE SERVICES, LLC,
and JOHN SATERBO,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

    This matter is before the Court on consideration of the report and recommendation of Sean P. Flynn, United States Magistrate Judge, entered on August 16, 2022. (Doc. 27). Judge Flynn recommends that "Plaintiff's Motion for Default Judgment Against All Defendants" (Doc. 26) be granted in part and denied in part. Specifically, Judge Flynn recommends that the motion be granted as to the entry of default judgment on all counts in the complaint. Judge Flynn further recommends that the Court enjoin Defendants from infringing Plaintiff's trademarks, award Plaintiff $15,000.000 in statutory damages and costs, and deny without prejudice Plaintiff's request for $8,670.00 in attorney's fees. No objection has been filed, and the time to object has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); 718 F.2d 198, 199 (4th

Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).  A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made."  28 U.S.C. § 636(b)(1)(C).  When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Flynn's report and recommendation, the Court adopts the report and recommendation.  The Court agrees with Judge Flynn's well-reasoned factual findings and conclusions. Consequently, the motion for default judgment is granted in part and denied in part.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Flynn's report and recommendation (Doc. 27) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) "Plaintiff's Motion for Default Judgment Against All Defendants" (Doc. 26) is hereby **GRANTED IN PART** and **DENIED IN PART.**

(3) The motion is **GRANTED** to the extent that the Court finds Plaintiff is entitled to default judgment on all counts of the complaint.  Plaintiff is awarded $15,000 in statutory damages and $502.00 in costs under 15 U.S.C. § 1117.

(4) The motion is **DENIED WITHOUT PREJUDICE** as to Plaintiff's request for attorney's fees under FDUPTA.  Plaintiff may renew its request for attorney's fees after the time to appeal has expired.  Any motion seeking attorney's fees should comply with Local Rule 7.01, including any applicable deadlines.

(5)  Defendants are **PERMANENTLY ENJOINED** from infringing the PRN marks. Defendants are **ORDERED** to destroy any infringing articles under 15 U.S.C. § 1118 and to transfer the domain names thenursesprnofflorida.com and nursespr.net to Plaintiff under 15 U.S.C. § 1125(d).

(6)  The Clerk is directed to enter judgment accordingly, terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>2nd</u> day of September, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**